Entered on Docket
August 27, 2014
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: August 26, 2014

**HANNAH L. BLUMENSTIEL**
U.S. Bankruptcy Judge

GOLDBERG, STINNETT, DAVIS & LINCHEY
A Professional Corporation
DENNIS D. DAVIS, ESQ. CA Bar #070591
44 Montgomery Street, Suite 850
San Francisco, CA 94104
Telephone: (415) 362-5045
Facsimile: (415) 362-2392

Attorneys for Andrea A. Wirum, Trustee

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>SAVVON, KONSTANTIN P. AND LE, ADINE D.,<br><br>Debtors. | Case No. 14-31016-HLB<br><br>Chapter 7 |

**ORDER AUTHORIZING PRODUCTION OF
DOCUMENTS AND APPEARANCE TO GIVE
TESTIMONY PURSUANT TO BANKRUPTCY RULE 2004**

Upon the application of Andrea A. Wirum, Trustee, for an order directing Konstantin P. Savvon to produce documents for inspection and photocopying and to appear and give testimony pursuant to the provisions of Rule 2004 of the Federal Rules of Bankruptcy Procedure, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Konstantin P. Savvon shall produce the following documents at the law offices of Goldberg, Stinnett, Davis & Linchey, A Professional Corporation, 44 Montgomery Street, Suite 850, San Francisco, CA 94104 on September 3, 2014 at 10:00 a.m.

1. All documents reflecting the consideration for the Welsh deed of trust, including evidence of debtor's receipt of funds from Welsh and any promissory notes between debtor(s) and Welsh;

2. Debtor's check registers (paper and electronic) for the period July 3, 2012 through

July 3, 2014 for all accounts, including any "Savon Realty" account;

3. All records regarding Adine Le's interest in and sale of stock in 2012;

4. Any employee stock option or stock purchase plans with Le's employer;

5. The SF Fire Credit Union billings from January through July 2014;

6. All documents relating to payments to Frank & Gail Welch within one year of the petition date, including any promissory notes and correspondence;

7. A copy of the Nawrocki complaint;

8. The deed and deeds of trust on debtor's residence, as well as copies of any other documents reflecting encumbrances;

9. The corporate books and records of Seraphine, Inc. and its banking records; and

10. All document reflecting any lines of credit.

**IT IS HEREBY FURTHER ORDERED** that Konstantin P. Savvon shall appear at the law offices of Goldberg, Stinnett, Davis & Linchey, A Professional Corporation, 44 Montgomery Street, Suite 850, San Francisco, CA 94104 on September 9, 2014, at 10:00 a.m. (or at the date and time designated on the subpoena) for an examination under oath pursuant to the provisions of Rule 2004 of the Federal Rules of Bankruptcy Procedure.

END OF ORDER

COURT SERVICE LIST

10956/144281