

GEOFFREY E. WIGGS (SBN 276041)
LAW OFFICES OF GEOFF WIGGS
1900 S. Norfolk St, Suite # 350
San Mateo, Ca 94403
Telephone: (650) 577-5952
Facsimile: (650) 577-5953
Geoff@wiggslaw.com

Attorney for Debtors
Konstantin P Savvon and Adine D Le

Signed and Filed: October 1, 2015

HANNAH L. BLUMENSTIEL
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

**In re**

**KONSTANTIN P SAVVON** and
**ADINE D LE,**

      Debtors.

Case No. 14-31016-HLB-7

Chapter 7

**ORDER GRANTING MOTION TO REOPEN**

The discharge order in the above-entitled case was issued on October 16, 2014, and the Final Decree was issued on October 24, 2014.

The late-discovery of a previously unknown judgment lien impairing Debtors' exemptions and affecting Debtors' real property was discovered May 22, 2015.

Debtors filed an ex-parte Motion To Reopen Case To Allow Motion To Avoid Lien Pursuant To 11 USC 522(f) on September 29, 2015, and paid the required reopening fee.

**IT IS ORDERED that:**

a. If a trustee is no longer appointed in this case, a trustee shall not be appointed in this case absent further order of the court;

b. The above-entitled case shall be reopened by the clerk's office; and

c. Upon entry and service of an Order granting or denying Debtors' Motion to Avoid Lien Pursuant to 11 USC 522(f), the clerk shall close the case.

*** END OF ORDER ***

SERVICE LIST

*NONE