

GEOFFREY E. WIGGS (SBN 276041)
LAW OFFICES OF GEOFF WIGGS
1900 S. Norfolk St, Suite # 350
San Mateo, Ca 94403
Telephone: (650) 577-5952
Facsimile: (650) 577-5953
Geoff@wiggslaw.com

Attorney for Debtors
Konstantin P Savvon and Adine D Le

**Signed and Filed: January 13, 2016**

**HANNAH L. BLUMENSTIEL
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| **In Re:**<br><br>**KONSTANTIN P SAVVON**<br>and **ADINE D LE**,<br><br>Debtor. | Case No. 14-31016-HLB-7<br><br>Chapter 7<br><br>**ORDER AVOIDING JUDICIAL LIEN ON REAL ESTATE LOCATED AT 1186 BIRCH STREET, MONTARA, CA 94037** |

A **Motion To Avoid Judicial Lien On Real Estate Located At 1186 Birch Street, Montara, California 94037** (hereinafter "Avoidance Motion") was filed on December 16, 2015 by Debtors **Konstantin P Savvon** and **Adine D Le** (hereinafter "Debtors").

No opposition to Debtors Motion was filed and there was no hearing held in this matter.

By the Motion, Debtor sought to avoid the Judicial Lien of Creditor Allegra Diggins (hereinafter "Creditor") on Debtor's Real Property located at **1186 Birch Street, Montara, Ca 94037.**

///

///

///

ORDER

///

IT IS ORDERED AND DECREED THAT:

1. The Judicial Lien held by **Allegra Diggins**, in and on Debtor's residential real estate at 1186 BIRCH STREET, MONTARA, CA 94037, filed in the official records of the County of San Mateo, California on May 29, 2013, as **Document Number 2013-080452**, be and hereby is cancelled.

2. It is further ordered that **Allegra Diggins** and her attorneys **McKague & Tong, LLP** are directed forthwith to take all steps necessary and appropriate to release the said judicial lien and remove it from the local judgment index.

*** END OF ORDER ***

SERVICE LIST

1. *NONE